# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Linda Calloway, Dale Dean, Rose Farella, Jayme Hester, Angelita Pierre-Noel, Dwayne Stowe, Mary Kate Rice, Beatrice Friedman, Kristen Martin, Shanna Pohlmann, Eric Fishon, Joseph Luchetti, and Kathleen Fitzgerald, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>Bose Corporation,<br><br>              Defendant. | Case No. 1:18-cv-12207-DPW<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT BOSE CORPORATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Bose Corporation hereby moves to dismiss Plaintiffs' Second Amended Complaint in its entirety and with prejudice for the reasons set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss and Exhibits, filed contemporaneously.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant respectfully requests an oral argument on its Motion to Dismiss. Defendant believes that oral argument would assist the Court's decision on the Motion and would appreciate the opportunity to address any questions the Court may have.

| | |
|---|---|
| Dated: April 18, 2019 | Respectfully submitted, |

/s/ *Sharyl A. Reisman*

Sharyl A. Reisman (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
sareisman@jonesday.com

Christopher M. Morrison (BBO #651335)
JONES DAY
100 High Street, Suite 2100
Boston, MA 02110
Telephone: (617) 449-6895
Facsimile: (617) 449-6999
cmorrison@jonesday.com

Louis A. Chaiten (*pro hac vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
lachaiten@jonesday.com

*Attorneys for Defendant Bose Corporation*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Sharyl A. Reisman, hereby certify that, pursuant to Local Rule 7.1(a)(2), counsel for Defendant conferred with Plaintiffs' counsel and attempted in good faith to resolve or narrow the issues, and Plaintiffs do not assent to the relief requested herein.

Dated: April 18, 2019                           */s/ Sharyl A. Reisman*
                                                Sharyl A. Reisman

## CERTIFICATE OF SERVICE

    I, Sharyl A. Reisman, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on April 18, 2019.

Dated: April 18, 2019                                  */s/ Sharyl A. Reisman*
                                                                     Sharyl A. Reisman