# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Dale Dean, Eric Fishon, Lucilla Flores, and Ericka Savage, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Bose Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:18-cv-12207-DPW |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Dale Dean, Eric Fishon, Lucilla Flores, and Ericka Savage hereby dismiss with prejudice their action against Bose Corporation, with each party to bear their own respective costs and attorneys' fees.

Dated:  June 25, 2020.

Respectfully submitted,

*/s/ Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg (*pro hac vice*)
Goldenberg Schneider, L.P.A.
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Telephone: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

Sean K. Collins (BBO# 687158)
Law Offices of Sean K. Collins
184 High Street, Suite 503
Boston, MA 02110
Telephone: (617) 320-8485
Fax: (617) 227-2843
Sean@Neinsurancelaw.com

W.B. Markovits (*pro hac vice*)
Paul M. DeMarco (*pro hac vice*)
Terence R. Coates (*pro hac vice*)
Justin C. Walker
Markovits, Stock & DeMarco LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Telephone: (513) 665-0200
Fax: (513) 665-0219
bmarkovits@msdlegal.com
pdemarco@msdlegal.com
tcoates@msdlegal.com
jwalker@msdlegal.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jeffrey S. Goldenberg, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing on June 25, 2020.

Dated: June 25, 2020                      */s/ Jeffrey S. Goldenberg*
                                          Jeffrey S. Goldenberg